UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ADRIAN J. JACKSON,

    Plaintiff,

v.                          Case No. 19-C-1028

NATHAN TAPIO, et al.,

    Defendants.

## ORDER

This matter comes before the court on Plaintiff's motion to compel. Plaintiff requests that the court order the defendants to fully respond to his discovery requests. Plaintiff's motion is deficient, however, because Plaintiff did not certify that he consulted with the defendants in an attempt to resolve the dispute before seeking relief from the court. *See* Fed. R. Civ. P. 37(a)(1); Civil L.R. 37 (E.D. Wis.). Plaintiff should attempt to consult with the defendants to resolve this dispute before renewing his motion to compel.

**IT IS THEREFORE ORDERED** that Plaintiff's motion to compel (Dkt. No. 26) and motion to determine the sufficiency of the defendants' request for admissions (Dkt. No. 28) are **DENIED**.

Dated this  19th  day of September, 2019.

                                      s/ William C. Griesbach
                                      William C. Griesbach, Chief Judge
                                      United States District Court