UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ADRIAN J. JACKSON,

       Plaintiff,

      v.                                Case No. 19-C-1028

NATHAN TAPIO, et al.,

       Defendants.

## ORDER

Plaintiff Adrian Jackson filed this action pursuant to 42 U.S.C. § 1983, alleging that Defendants Nathan Tapio, Mark Jensen, and Melissa Block violated his constitutional rights. On January 27, 2020, the court granted Defendants' motion for summary judgment and dismissed the case. Plaintiff filed a request for an extension of time to file a brief in response to Defendants' motion for summary judgment. The court decided the motion for summary judgment after Plaintiff's response to the motion was due. Having entered judgment against Plaintiff, his motion for an extension of time will be denied as moot. If Plaintiff believes he has grounds to reopen the case, he must file an appropriate motion under Federal Rule of Civil Procedure 60.

**IT IS THEREFORE ORDERED** that Plaintiff's request for an extension of time is **DENIED as moot**.

Dated at Green Bay, Wisconsin this 29th day of January, 2020.

s/ William C. Griesbach
William C. Griesbach, District Judge
United States District Court